**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>General Moly, Inc.,<br><br>Debtors. | Bankruptcy Case No. 20-17493 EEB<br>Chapter 11 |

# ORDER APPROVING DISCLOSURE STATEMENT AND SETTING ZOOM CONFIRMATION HEARING

THIS MATTER comes before the Court for consideration of the adequacy of Debtor's Amended Disclosure Statement ("Disclosure Statement"), in support of its Chapter 11 Plan of Reorganization Dated December 4, 2020 ("Plan"). Adequate notice was given and no objections were made, other than objections which have been overruled or withdrawn. The Court hereby

FINDS that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125.

IT IS THEREFORE ORDERED that the Disclosure Statement is APPROVED.

IT IS FURTHER ORDERED that:

1. Confirmation Hearing. The Court will conduct a hearing (the "Confirmation Hearing") to consider confirmation of the Plan, including any objections thereto, and further modifications thereto commencing on **March 1, 2021 at 1:30 p.m.** before the Honorable Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado. Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the hearing will be conducted **by Zoom video conference only**. Counsel and/or parties should not appear in person.

**To Join the ZoomGov Hearing:**

https://www.zoomgov.com/j/1607602232?pwd=Q3hkbGEwQk9RRmtrRXZBN1EyOTAvQT09

**Meeting ID:** 160 760 2232 **Password:** 443670

One tap mobile
+16692545252,,1607602232#,,,,*443670# US (San Jose)
+16468287666,,1607602232#,,,,*443670# US (New York)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
+1 551 285 1373 US

2. Zoom Video Conferences:

a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

b. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom. Counsel/parties should make themselves familiar with this function prior to the hearing.

d. The Court encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

e. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

f. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the video conference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video conference.

g. The Court will not provide any type of support on Zoom for participants or attendees. For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

h. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences. The Clerk's Office offers free Zoom training every Wednesday between 8:30 a.m. and 10:30 a.m. or by appointment. The training is casual and open format. Please contact the Clerk's Office for the meeting link.

3. Deadline for Ballots Accepting or Rejecting Plan. Parties entitled to vote on the Plan shall deliver to counsel for the Debtor their written ballots ("Ballots") accepting or rejecting the Plan, so that Ballots are received by counsel for the Debtor no later than **5:00 p.m. prevailing Mountain Time, on February 22, 2021** (the "Voting Deadline"). Ballots shall be delivered to the following address via mail or electronic mail.

Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
wcross@markuswilliams.com

Counsel for the Debtor shall be responsible for instituting appropriate measures to ensure the integrity of the Ballot tabulation, preservation of Ballots pending further order, and other appropriate matters.

4. Objections to Confirmation. Any party desiring to object to confirmation of the Plan shall file its objection(s) with the Clerk of the Bankruptcy Court (the "Clerk") no later than **5:00 p.m. prevailing Mountain Time on February 22, 2021** (the "Confirmation Objection Deadline") and serve a copy upon the counsel for the Debtor and the United States Trustee.

5. Service of Solicitation Package. No later than **January 25, 2021**, the Debtor, through their counsel, or Stretto, the Debtor's noticing agent, shall mail a solicitation package (the "Solicitation Package") to all creditors, equity security holders, and other parties in interest in this chapter 11 case as provided in Fed. R. Bankr. P. 3017(d). The Debtor is authorized to direct Stretto to print and/or electronically transmit all material necessary to prepare Solicitation Packages and deliver them to the recipients. A certificate of service shall be filed promptly thereafter by counsel or the printer/service.

The Solicitation Package shall be comprised of a copy of this Order and a Ballot for accepting or rejecting the Plan. Counsel for the Debtor shall promptly provide a copy of the Plan and Disclosure Statement to any creditor, equity security holder, or other party in interest requesting copies thereof.

6. Definitive Documentation. The Debtor shall file the Definitive Documentation (as defined in the Plan) no later than **January 29, 2021**.

Copies of the Definitive Documentation may be obtained upon written request to William Cross, c/o Markus Williams Young & Hunsicker LLC, 1775 Sherman Street, Suite 1950, Denver, Colorado 80203; (303) 830-0800; wcross@markuswilliams.com. A copy of the Definitive Documentation may also be obtained by accessing the case website maintained by Stretto, the Debtor's noticing agent: https://cases.stretto.com/generalmoly/.

7. Plan Supplements. Any Plan Supplement shall be filed by the Debtor no later than **12:00 p.m. prevailing Mountain Time on February 26, 2021**. If any party has objections to a Plan Supplement, they may present those objections orally at the Confirmation Hearing.

8. Disclosure of Expert Witnesses and Reports. On or before **February 22, 2021**, any party intending to present expert testimony at the Confirmation Hearing shall identify the name of such expert(s) and provide to all counsel entering an appearance herein: (i) a copy of the expert report and (ii) the other materials required to be disclosed and produced pursuant to Fed. R. Bankr. P. 7026(a)(2).

9. Ballot Summary Report. On or before **February 25, 2021**, the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

10. Availability of Copies of Court Documents. The Plan and Disclosure Statement are available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Additionally, a copy of the Plan or Disclosure Statement may be obtained upon written request to William Cross, c/o Markus Williams Young & Hunsicker LLC, 1775 Sherman Street, Suite 1950, Denver, Colorado 80203; (303) 830-0800; wcross@markuswilliams.com. Counsel for the Debtor shall promptly provide the requested copy. A copy of the Plan, Disclosure Statement, or any other pleadings filed in the case may also be obtained by accessing the case website maintained by Stretto, the Debtor's noticing agent: https://cases.stretto.com/generalmoly/.

11. Court Appearances. If a party does not join the Zoom video conference, it will be deemed a failure to appear. Failure to connect to the Zoom video conference in a timely manner will preclude participation in the trial.

12. No Recordings. Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

Dated this 22nd day of January, 2021.

BY THE COURT:

Elizabeth E. Brown

Elizabeth E. Brown,
United States Bankruptcy Court